**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**JONESBORO DIVISION**

DEMETRIUS CRUTCHFIELD                                             PLAINTIFF

v.                                      3:19CV00276-BSM-JTK

JOHNSON, et al.                                                  DEFENDANTS

## <u>ORDER</u>

By Order dated October 17, 2019, this Court directed Plaintiff to submit the $400 filing fee for this <u>pro</u> <u>se</u> § 1983 action, or a Motion to Proceed <u>in</u> <u>forma</u> <u>pauperis</u> (IFP), together with the filing fee calculation sheet. (Doc. No. 2) Plaintiff responded, stating that Jail officials are not providing him the completed filing fee calculation form needed for his IFP Motion. **Therefore, the Court will provide Plaintiff one final opportunity in which to submit a completed Motion within thirty days of the date of this Order.**

**The Court reminds the Jail officials that the PLRA requires their compliance by completing and signing the appropriate financial forms submitted by inmates who file § 1983 lawsuits.**

The Clerk shall forward a copy of this Order to the Administrator of the Greene County Detention Facility, 1809 Rocking Chair Road, Paragould, Arkansas 72450.

IT IS SO ORDERED this 26th day of November, 2019.

_____
JEROME T. KEARNEY
UNITED STATES MAGISTRATE JUDGE

1