**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**NORTHERN DIVISION**

DEMETRIUS CRUTCHFIELD                                                        PLAINTIFF

v.                                            3:19CV00276-BSM-JTK

JOHNSON, et al.                                                          DEFENDANTS

## ORDER

Plaintiff has submitted a second Amended Complaint (Doc. No. 12) pursuant to the Court's January 28, 2020 Order (Doc. No. 10).   Having reviewed the second Amended Complaint, together with the Original Complaint (Doc. No. 1) for screening purposes only,[1] it now appears to the Court that service is appropriate with respect to Plaintiff's excessive force and failure to protect claims against Defendants Johnson, Ford, and Hubble. Accordingly,

IT IS, THEREFORE, ORDERED that service is appropriate for the Defendants Sgt. Johnson, Officer Ford, and Officer Ryan Hubble. The Clerk of the Court shall prepare summons for the Defendants and the United States Marshal is hereby directed to serve a copy of the Original and second Amended Complaints (Doc. Nos. 1, 12) and summons on Defendants without prepayment of fees and costs or security therefore.

IT IS SO ORDERED this 12th day of February, 2020.

_____
JEROME T. KEARNEY
UNITED STATES MAGISTRATE JUDGE

---

[1]The Prison Litigation Reform Act requires federal courts to screen prisoner complaints seeking relief against a governmental entity, officer, or employee.   28 U.S.C. Sect. 1915A(a).