IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

**DEMETRIUS CRUTCHFIELD**                                                          **PLAINTIFF**

v.                    **CASE NO. 3:19-CV-00276 BSM**

**JOHNSON, Sergeant,**
**Greene County Jail,** *et al.*                                             **DEFENDANTS**

## ORDER

The proposed findings and recommendations ("RD") from United States Magistrate Judge Jerome T. Kearney [Doc. No. 13] has been received. After careful review of the record, the RD is adopted. Crutchfield's amended complaint [Doc. No. 8] is dismissed without prejudice. Defendants Cox, Crittenden, Green County, Alcia Hubble, Cooper, Tate, and Does are dismissed.

IT IS SO ORDERED this 3rd day June, 2020.

*/s/ Brian S. Miller*
UNITED STATES DISTRICT JUDGE