**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**NORTHERN DIVISION**

DEMETRIUS CRUTCHFIELD,                                                     PLAINTIFF
#31816-009

v.                                              3:19CV00276-BSM-JTK

JOHNSON, et al.                                                          DEFENDANTS

<u>**ORDER**</u>

This matter is before the Court on Defendants' Motion to Dismiss (Doc. No. 38). By Order

dated December 15, 2020, this Court directed Plaintiff to respond to the Motion within fifteen days

of the date of the Order. (Doc. No. 42) However, since that time, Plaintiff's address has changed.

(Doc. No. 44) Therefore, Plaintiff shall have one final opportunity to respond to Defendants'

Motion within thirty days of the date of this Order. Failure to respond may result in the dismissal

of the case for failure to prosecute. Local Rule 5.5(c)(2).

The Clerk shall forward to Plaintiff copies of documents ##38, 39.

IT IS SO ORDERED this 10th day of February, 2021.

_____
JEROME T. KEARNEY
UNITED STATES MAGISTRATE JUDGE