# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF ARKANSAS
# NORTHERN DIVISION

**DEMETRIUS CRUTCHFIELD**                                                **PLAINTIFF**

v.                                   **CASE NO. 3:19-CV-00276 BSM**

**JOHNSON, Sergeant,**
**Greene County Jail,** *et al.*                                         **DEFENDANTS**

## ORDER

The proposed findings and recommendations ("RD") from United States Magistrate Judge Jerome T. Kearney [Doc. No. 49] has been received. After careful review of the record, the RD is adopted. Defendants' motion to dismiss [Doc. No. 38] is granted, and this case is dismissed with prejudice.

IT IS SO ORDERED this 2nd day April, 2021.

*/s/ Brian S. Miller*
UNITED STATES DISTRICT JUDGE