# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF ARKANSAS
# NORTHERN DIVISION

**DEMETRIUS CRUTCHFIELD**                                                                 **PLAINTIFF**

**v.**                          **CASE NO. 3:19-CV-00276 BSM**

**JOHNSON, Sergeant,**
**Greene County Jail,** *et al.*                                                          **DEFENDANTS**

## JUDGMENT

Consistent with the order entered todafy, this case is dismissed with prejudice.

IT IS SO ORDERED this 2nd day April, 2021.

_____
UNITED STATES DISTRICT JUDGE